

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00411-CR

**IN RE** Lawrence **BURLESON**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Beth Watkins, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: October 6, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

On September 27, 2021, relator filed a pro se petition for writ of mandamus in which he also requests leave to file the petition. We deny as moot relator's request to file a petition for writ of mandamus because leave is not required to file a petition in an intermediate appellate court. *See* TEX. R. APP. P. 52.1; *In re Medina*, 04-19-00041-CR, 2019 WL 360534, at *1 (Tex. App.—San Antonio Jan. 30, 2019, no pet.) (mem. op.).

Relator is awaiting trial in three criminal cause numbers, and he is represented by counsel in each. In his petition, relator raises several complaints; however, he is not entitled to hybrid representation because he is represented by trial counsel below. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's pro

---

[1] This proceeding arises out of Cause Nos. 2019CR12076, 2019CR12077, and 2019CR11800, styled *The State of Texas v. Lawrence Burleson*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.

se mandamus petition will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's pro se petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

Relator is encouraged to refrain from filing further pro se petitions regarding his pending criminal proceedings in which he is represented by counsel.

PER CURIAM

Do not publish